**Mary SAULQUE, Respondent**

v.

**Roy Lin ROMAIN, Appellant.**

**No. WD 65453.**

Missouri Court of Appeals, Western District.

Nov. 21, 2006.

Brady C. Kopek, Esq., Jilliana D. Michel–Setzer, Esq., Kansas City, MO, Co–Counsel for Appellant.

Charles R. Dickman, Esq., Kansas City, MO, for Respondent.

Before HOLLIGER, P.J., LOWENSTEIN and ULRICH, JJ.

### ORDER

PER CURIAM.

Husband appeals trial court's judgment in dissolution action that declares Husband had agreed to transmute his separate property into marital property. Affirmed. Rule 84.16(b).